445 A.2d 224

Commonwealth v. McCoy, Appellant.

 Submitted October 20, 1981. Kenneth S. Gallant, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.